UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; THE SHEET METAL WORKERS LOCAL 88 RETIREE HEALTH PLAN; THE SHEET METAL WORKERS LOCAL 88 JOINT APPRENTICESHIP AND TRAINING FUND, INC.; THE LOCAL 88 INDUSTRY STABILIZATION PROGRAM; THE SMACNA OF SOUTHERN NEVADA (AKA SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.) TRADES PROGRAM; AND INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NO. 88 DUES<br><br>    Plaintiffs,<br><br>    v.<br><br>IDEAL MECHANICAL, INC.; FRANK S. VUCKOVIC; CATHERINE ANNE VUCKOVIC; and JAMES RICHARD BROUGHTON, individuals,<br><br>    Defendants. | Case No. 2:18-cv-01235 ODW (PLAx)<br><br>Hon. Otis D. Wright, II<br><br>ORDER AND JUDGMENT ON STIPULATION<br>FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan"); the Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan); the Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan (the "401(k) Plan"); the Sheet Metal Workers Local 88 Retiree Health Plan (the "Retiree Fund"); the Sheet Metal Workers Local 88 Joint Apprenticeship and Training Fund, Inc. (the "JATC"); the Local 88 Industry Stabilization Program (the "Industry Stabilization Program"); the SMACNA of Southern Nevada (aka Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.) Trades Program ("Industry Fund") and International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88 Dues (the "Dues Fund") (collectively the "Plans" or "Trust Funds"), and Defendants, FRANK S. VUCKOVIC; CATHERINE ANNE VUCKOVIC; and JAMES RICHARD BROUGHTON (collectively "Individual Defendants"); and IDEAL MECHANICAL, INC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendants are indebted to the Plans in the total amount of $62,387.31 as follows: $41,572.76 in audit contributions conducted for the period of June 1, 2014 through February 28, 2017; $8,314.55 in liquidated damages and interest for late payment or nonpayment of the audit contributions for the for the period of June 1, 2014 through February 28, 2017; and attorney's fees in the amount of $12,500.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $62,387.31 for audit contributions, accrued liquidated damages, interest, attorney fees and costs, together with

post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. The Trust Funds can offset any benefits to which the Individual Defendants may be entitled by the amount noted in paragraph 1 above, less any credits.

4. The Court **VACATES** all pending dates and deadlines.

5. This Court retains jurisdiction over this matter through February 1, 2019 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

6. The Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated: February 21, 2018  _____
Hon. Otis D. Wright, II