| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | CENTRAL DISTRICT OF CALIFORNIA |

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 88 SECTION 401(K) PLAN; THE SHEET METAL WORKERS LOCAL 88 RETIREE HEALTH PLAN; THE SHEET METAL WORKERS LOCAL 88 JOINT APPRENTICESHIP AND TRAINING FUND, INC.; THE LOCAL 88 INDUSTRY STABILIZATION PROGRAM; THE SMACNA OF SOUTHERN NEVADA (AKA SOUTHERN NEVADA AIR CONDITIONING & SHEET METAL CONTRACTORS' ASSOCIATION, INC.) TRADES PROGRAM; AND INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NO. 88 DUES | Case No. 2:18-cv-01235-ODW (PLA) <br><br> Hon. Otis D. Wright, II <br><br> ORDER AND JUDGMENT ON SUPPLEMENTAL STIPULATION FOR JUDGMENT |
|     Plaintiffs, | |
|         v. | |
| IDEAL MECHANICAL, INC.; FRANK S. VUCKOVIC; CATHERINE ANNE VUCKOVIC; and JAMES RICHARD BROUGHTON, individuals, | |
|     Defendants. | |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada (the "Pension Plan"); the Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada (the "Health Plan); the Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan (the "401(k) Plan"); the Sheet Metal Workers Local 88 Retiree Health Plan (the "Retiree Fund"); the Sheet Metal Workers Local 88 Joint Apprenticeship and Training Fund, Inc. (the "JATC"); the Local 88 Industry Stabilization Program (the "Industry Stabilization Program"); the SMACNA of Southern Nevada (aka Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.) Trades Program ("Industry Fund") and International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 88 Dues (the "Dues Fund") (collectively the "Plans" or "Trust Funds"), and Defendants, FRANK S. VUCKOVIC; CATHERINE ANNE VUCKOVIC; and JAMES RICHARD BROUGHTON (collectively "Individual Defendants"); and IDEAL MECHANICAL, INC. ("Company") (Defendant FRANK S. VUCKOVIC is now deceased and is not therefore included in this Order), the Court has considered the matter fully and concluded that good cause exists to approve the parties' supplemental Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendants are indebted to the Plans in the total amount of $188,262.53 as follows: contributions in the amount of $129,432.72 for the work months of March 2019 through May 2019; $25,886.54 in liquidated damages for late payment or nonpayment of contributions for the work months of March 2019 through May 2019; $12,943.27 in interest for late payment or nonpayment of contributions for the work months of March 2019 through May 2019; and attorney's fees in the amount of $20,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $188,262.53 for contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Order and Judgment on Supplemental Stipulation for Judgment does not supersede or replace the prior Order and Judgment on Stipulation for Judgment entered on February 22, 2018. This Order and Judgment on Supplemental Stipulation for Judgment only applies to contributions that were accrued for the work months of March 2019 through May 2019, after the initial Order and Judgment on Stipulation for Judgment was entered.

4. This Court retains jurisdiction over this matter through November 1, 2020 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: July 1, 2019

_____
Hon. Otis D. Wright, II